**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                **PLAINTIFF**

**v.**                      **CASE NO. 4:06CR00263-01 BSM**

**CHRISTOPHER JAMES HUM**                               **DEFENDANT**

## JUDGMENT

Defendant Christopher James Hum appeared on May 31, 2013, to show cause why his supervised release should not be revoked. Based upon his admission of the violations as set forth in the May 29, 2013, supplemental motion to revoke [Doc. No. 41] and for reasons stated on the record, it was determined that Hum's supervised release should be revoked.

Accordingly, the motion to revoke [Doc. No. 41] is granted. Hum's supervised release is revoked and he is hereby sentenced to six months at City of Faith halfway house, with credit for time served. Upon completion of his time at City of Faith, Hum shall serve out the remaining term of his supervised release, which ends on January 7, 2015.

The clerk is directed to provide a copy of this order to the United States Probation Office.

IT IS SO ORDERED this 3rd day of June 2013.

                                               _/s/ Brian S. Miller_
                                               UNITED STATES DISTRICT JUDGE