**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**UNITED STATES OF AMERICA**                                                                 **PLAINTIFF**

**v.**                     **CASE NO. 4:06CR00263-1 BSM**

**CHRISTOPHER HUM**                                                                       **DEFENDANT**

### ORDER

Defendant Christopher Hum moves to appoint counsel, William James, Jr., for purposes of appeal. [Doc. No. 53]. For good cause shown, the motion is granted.

IT IS THEREFORE ORDERED that William James, Jr., of the James Law Firm, 1821 South Broadway, Little Rock, Arkansas 72206, is hereby appointed to represent defendant Christopher Hum in all further proceedings.

IT IS SO ORDERED this 9th day of September 2013.

                                                                                                               */s/ Brian S. Miller*
                                                                             UNITED STATES DISTRICT JUDGE